**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

NICK McCULLAR,                                                              PLAINTIFF

v.                                    3:26CV00165-BSM-JTK

DOES, et al.                                                               DEFENDANTS

**<u>ORDER</u>**

Nick McCullar ("Plaintiff") is an inmate at the Mississippi County, Arkansas, Detention Center.   Plaintiff filed a <u>pro se</u> complaint pursuant to 42 U.S.C. § 1983.   (Doc. No. 1).   On June 9, 2026, the Court screened Plaintiff's Complaint pursuant to the Prison Litigation Reform Act and found Plaintiff's pleading failed to state a claim on which relief could be granted.   (Doc. No. 2).   The Court gave Plaintiff the chance to file a superseding Amended Complaint.   (<u>Id</u>.).

Plaintiff filed an Amended Complaint that includes a second Plaintiff, Mitchell Carruth. (Doc. No. 4 at 1).   Carruth has also signed the Amended Complaint.   (<u>Id</u>. at 7).

The Clerk of the Court is directed to sever Carruth's claims from this case and open a new action for Carruth based on the Amended Complaint (Doc. No. 4).   The Clerk of the Court shall directly assign the new action to United States District Judge Brian S. Miller and United States Magistrate Judge Jerome T. Kearney.

IT IS SO ORDERED this 30th day of June, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE