**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**NICK McCULLAR** **PLAINTIFF**

**v.** **CASE NO. 3:26-cv-00165-BSM**

**DOES, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE